Argued February 28, affirmed May 1, 1978

MYERS, *Petitioner,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Respondent.*
(No. WCB 76-4923, CA 9545)
577 P2d 546

Paul L. Roess, Coos Bay, argued the cause for petitioner. With him on the brief were Newhouse, Foss, Whitty & Roess, Coos Bay.

Earl M. Preston, Associate Counsel, State Accident Insurance Fund, Eugene, argued the cause for respondent. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Co.,* 33 Or App 241, 576 P2d 27 (1978).